THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER HARBERS, for Herself, as a Private Attorney General, and/or On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EDDIE BAUER LLC, and DOES 1-20, inclusive,<br><br>Defendants. | No. 2:19-cv-01012-JLR<br><br>[~~PROPOSED~~] IN PART AND DENYING IN PART<br>ORDER GRANTING LEAVE TO FILE OVER-LENGTH BRIEF |

ORDER GRANTING LEAVE TO FILE
OVER-LENGTH BRIEF - 1
19-CV-01012-JLR

**HATTIS & LUKACS**
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

# ORDER

THIS MATTER comes before the Court on Plaintiff Jennifer Harbers' Motion For Leave To File Over-length Brief (the "Motion"). (Dkt. #17.) in part and DENIES in part

For good cause shown, the Court hereby GRANTS the Motion. Plaintiff Harbers is granted leave to file an Opposition brief to Defendant Eddie Bauer LLC's Motion To Compel Arbitration Or, In The Alternative, Dismiss Plaintiff's Complaint (Dkt. 13) which may be a maximum of ~~forty (40)~~ thirty (30) pages in length, exclusive of tables, declarations and exhibits. The length of Defendant Eddie Bauer LLC's Reply brief is therefore governed by Local Civil Rule 7(f)(4).

Dated: July 18, 2019

_____
HON. JAMES L. ROBART
United States District Court Judge

Presented By:

HATTIS & LUKACS

By: /s/ Che Corrington
    Che Corrington

Daniel M. Hattis, WSBA No. 50428
dan@hattislaw.com
Che Corrington, WSBA No. 54241
che@hattislaw.com
Hattis & Lukacs
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
Tel: 425.233.8650
Fax: 425.412.7171

Attorneys for Plaintiff Jennifer Harbers and the Proposed Class

ORDER GRANTING LEAVE TO FILE
OVER-LENGTH BRIEF - 2
19-CV-01012-JLR

HATTIS & LUKACS
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com